## United States District Court
## Violation Notice

| CVB Location Code |
|---|
| OR7 |

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBEY00EO | King | 2231 |

FBEY00EO

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 08/19/2025 13:03 | FED 36CFR261.10B |

Place of Offense
NFS 1012rd (Cold Springs Cut-off)

Offense Description: Factual Basis for Charge
Residing on National Forest System lands

HAZMAT ☐

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| Todoroff | Steven | R |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐   Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

VIN:   CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| $ 300.00 | Forfeiture Amount |
|---|---|
| $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 330.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
63360 Britta St, Bldg. #1, Bend, Oregon 97701

Date (mm/dd/yyyy)

Time (hh:mm)
09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FBEY00EO

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on    08/19/2025    while exercising my duties as a law enforcement officer in the _____ District of    OR

Pursuant to 16USC 551: ...Deschutes National Forest, Sisters Ranger District in Deschutes County, I contacted an individual who appeared to be non-recreationally camping along the National Forest System (NFS) 1012rd on 13 August 2025. The man, living in a medium sized travel trailer, was identified by his Oregon Driver License as TODOROFF, Steven R. of Redmond, OR. When asked how long TODOROFF had been living at that location, he stated to me he was just camping, and he was in the area to go hunting. Hunting season had not started yet. When asked which lottery tags did he draw for hunting, TODOROFF stated several of them. It is rare to even draw one tag in the State of Oregon. TODOROFF also stated he was a Navy SEAL. TODOROFF spoke rapidly and oddly. Based on his body language, manner of speaking, and near-unbelievable things he was telling me, I suspected TODOROFF was suffering from some form of mental illness. When I checked the Forest Service Law Enforcement database, I could see that Forest Service Law Enforcement Officer Mohajeri had issued TODOROFF a warning for illegally residing on federal lands on 2 June 2025 (905935) and then issued him a citation for residing three weeks later on 24 June 2025 (F5509673). Upon checking these facts, I verbally gave TODOROFF one more week to move himself and his camp off of federal lands. When I returned on 19 August, TORDOROFF has still not left federal lands. Being as TORDOROFF had not vacated NFS lands after repeated warnings, both verbally and written, and after being cited by another officer, I cited him again pursuant to 36 CFR 261.10(b) Occupying a Residence On NFS Lands Without Authorization. Contact with TODOROFF was recorded on my issued Body Worn Camera.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    08/19/2025    *Edward A. King*
           Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
           Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;    PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident